UNITED STATES BANKRUPTCY COURT District of Arizona

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/21/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| STANLEY A SIERACKI<br>3632 W AMERIGO COURT<br>PHOENIX, AZ 85086 | BEVERLY H SIERACKI<br>3632 W AMERIGO COURT<br>PHOENIX, AZ 85086 |
| Case Number:<br>2:10−bk−19332−RJH | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−3389<br>xxx−xx−4089 |
| Attorney for Debtor(s) (name and address):<br>JOSEPH W. CHARLES<br>LAW OFFICES OF JOSEPH W. CHARLES, P.C.<br>PO BOX 1737<br>GLENDALE, AZ 85311−1737<br>Telephone number: 623−939−6546 | Bankruptcy Trustee (name and address):<br>JILL H. FORD<br>PO BOX 5845<br>CAREFREE, AZ 85377<br>Telephone number: 480−575−8250 |

## Meeting of Creditors

Date: **July 29, 2010**    Time: **09:00 AM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 9/27/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Brian D. Karth |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 6/22/10 |

| | **EXPLANATIONS** | B9A (Official Form 9A) (12/07) |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. | |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. | |

**All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.**

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: cornellb              Page 1 of 1                 Date Rcvd: Jun 22, 2010
Case: 10-19332                 Form ID: b9a                Total Noticed: 20
```

```
The following entities were noticed by first class mail on Jun 24, 2010.
db/jdb      +STANLEY A SIERACKI,   BEVERLY H SIERACKI,   3632 W AMERIGO COURT,   PHOENIX, AZ 85086-2700
aty          JOSEPH W. CHARLES,   LAW OFFICES OF JOSEPH W. CHARLES, P.C.,   PO BOX 1737,
              GLENDALE, AZ  85311-1737
9356884     +AMERICAN HOME MTG SERVICING,   4600 REGENT BLVD; STE 200,   Irving TX 75063-2478
9356886     +C-ODMG Services,   2345 S. Alma School Rd.,   Mesa AZ 85210-4012
9356889     +CHASE HOME EQUITY LOAN SERVICE,   P. O.Box 901008,   Fort Worth TX 76101-2008
9356896     +Olivia Murray,   3632 W Amerigo Court,   Phoenix AZ 85086-2700
9356897     +Susan Ann Curatola,   4628 W Heyerdahle Court,   New River AZ 85087-5907
9356898      TAYLOR BEAN & WHITAKER,   1417 North Magnolia Avenue,   Ocala FL 34475-9078
The following entities were noticed by electronic transmission on Jun 22, 2010.
tr          +EDI: BJHFORD.COM Jun 22 2010 21:08:00      JILL H. FORD,   PO BOX 5845,   CAREFREE, AZ 85377-5845
smg          EDI: AZDEPREV.COM Jun 22 2010 21:08:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
9356885     +EDI: BANKAMER.COM Jun 22 2010 21:08:00      BANK OF AMERICA,   P. O. Box 1390,
              Norfolk VA 23501-1390
9356887      EDI: CHASE.COM Jun 22 2010 21:08:00      CHASE,   P. O. Box 94014,   Palatine IL 60094-4014
9356888      EDI: CHASE.COM Jun 22 2010 21:08:00      CHASE CARDMEMBER SERVICES,   P. O. Box 94014,
              Palatine IL 60094-4014
9356890     +EDI: CITICORP.COM Jun 22 2010 21:08:00      CITI CARD,   P. O. Box 6241,
              Sioux Falls SD 57117-6241
9356891      EDI: DISCOVER.COM Jun 22 2010 21:08:00      DISCOVER,   P. O. Box 15316,   Wilmington DE 19850
9356892     +EDI: RMSC.COM Jun 22 2010 21:08:00      GE Money Bank/Lowes,   P.O. Box 981064,
              El Paso TX 79998-1064
9356893     +EDI: RMSC.COM Jun 22 2010 21:08:00      GE/JC Penney,   P.O. Box 981131,   El Paso TX 79998-1131
9356894      EDI: GMACFS.COM Jun 22 2010 21:08:00      GMAC,   P.O. BOX 380902,   Minneapolis MN 55438-0902
9356895      EDI: HFC.COM Jun 22 2010 21:08:00      HSBC CASUAL MALE,   PO BOX 15524,   Wilmington DE 19805
9356899     +EDI: WFNNB.COM Jun 22 2010 21:08:00      WFNNB/Lane Bryant,   4590 E Broad Street,
              Columbus OH 43213-1301
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2010                         Signature: _Joseph Speetjens_